

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00419-CV

Stephanie **RODRIGUEZ** & All Other Occupants,
Appellant

v.

Diana **SNYDER**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV04645
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MASSEY
BRISSETTE

In accordance with this court's opinion of this date, this appeal is this appeal is
DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are assessed against
appellant.

SIGNED October 2, 2024.

_____
(Lori I. Valenzuela) Justice